UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JORDAN WORTHAM,

        Plaintiff,

        v.                              Case No. 20-C-1023

JEAN LUTSEY, et al.,

        Defendant.

---

## ORDER

---

On July 8, 2020, Plaintiff Jordan Wortham filed an unsigned complaint and motion to proceed *in forma pauperis*. Pursuant to Fed. R. Civ. P. Rule 11(a), "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name— or by a party personally if the party is unrepresented." If a party fails to sign the pleading, motion, or other paper, it must be stricken. Plaintiff will be granted 21 days from the date of this order to sign and file the documents to correct the omission. Failure to comply will result in dismissal of this case.

Dated at Green Bay, Wisconsin this 16th day of July, 2020.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge